UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANIECE STEELE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHARKNINJA OPERATING LLC,<br><br>Defendant. | CASE NO. 3:24-cv-05349<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION

Plaintiff, Shaniece Steele, and Defendant, Sharkninja Operating LLC, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above captioned lawsuit will be dismissed in their entirety, with prejudice, and without costs and attorneys' fees to any party.

Dated this 12th day of March, 2025.

//

//

**STIPULATION AND ORDER OF DISMISSAL –**
(3:24-cv-05349-JHC) Page 1

1
2  PFAU COCHRAN VERTETIS AMALA PLLC          SHOOK, HARDY & BACON

3  */s/ Caroline A. Golshan*                 */s/Steven W. Rich*
   Jason P. Amala, WSBA No. 37054            Steven W. Rich, WSBA 48444
4  jason@pcvalaw.com                         srich@shb.com
   Caroline A. Golshan, WSBA No. 56635
5  cgolshan@pcvalaw.com                      701 Fifth Avenue, Suite 4300
6  701 Fifth Avenue, Suite 4300              Seattle, WA 98104
   Seattle, WA 98104                         Tel: (206)-344-7600
7  Tel: (206) 451-8260                       Email: srich@shb.com
   Email: jason@pcvalaw.com
8          cgolshan@pcvalaw.com              *Attorneys for Defendant*
9
10   *Attorneys for Plaintiff*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION AND ORDER OF DISMISSAL –**
(3:24-cv-05349-JHC) Page 2

# ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff Shaniece Steele and Defendant Sharkninja Operating LLC, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorneys' fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiff Shaniece Steele's claims against Defendant Sharkninja Operating LLC are hereby dismissed with prejudice and without costs and attorneys' fees to any party.

DATED this 12th day of March, 2025.

_____
John H. Chun
United States District Judge